UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, and DELBERT BIRKNER, EUGENE KEELEY, PETE KORTE, CLARENCE DOHRMAN, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Pension Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 HEALTH AND WELFARE FUND, and DELBERT BIRKNER, EUGENE KEELEY, CLARENCE DOHRMAN, PETE KORTE, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Health and Welfare Fund, and OPERATING ENGINEERS LOCAL 520 JOINT APPRENTICESHIP AND TRAINING FUND, and DELBERT BIRKNER, EUGENE KEELEY, MICHAEL LUHR, MICHAEL PARKINSON and GARY THIEMS, in their representative capacities as Trustees of the Operating Engineers Local 520 Joint Apprenticeship and Training Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 VACATION FUND, and CHUCK MAHONEY, RICHARD KAISER, TIM KEELEY, DELBERT BIRKNER, DAVID BAXMEYER, and CLARENCE DOHRMAN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Vacation Fund, and OPERATING ENGINEERS LOCAL 520 ANNUITY TRUST FUND, and DELBERT BIRKNER, HENRY ROHWEDDER, CHRIS REUSS, MICHAEL PARKINSON, and RON HUNSCHE in their representative capacities as Trustees of the Operating Engineers Local 520 Annuity Trust Fund,

    Plaintiffs,

    v.

OSTERHAGE CONTRACTING INCORPORATED,

    Defendant.

Case No.: 07-CV-312-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** July 1, 2008        **NORBERT JAWORSKI**

                                               **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**